■ PINTO EQUIPMENT RENTAL, INC., et al., Respondents, v STATE OF NEW YORK et al., Appellants. (Claim No. 72716.)— Order unanimously affirmed with costs. Memorandum: State Finance Law § 145 permits a contractor to serve a notice of claim upon the State "not later than forty days after" final payment. We reject the State's contention that the contractor did not comply with the statute because it served its notice of claim before final payment. The statute requires only that the notice of claim be served "not later than" 40 days after final payment; it does not require that the notice be served after final payment. (Appeal from order of Court of Claims, Ne-Moyer, J.—dismiss notice of claim.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ.

■ ROBERT SWENDRA, Respondent, v OC-UNK, INC., et al., Respondents, and NIAGARA FRONTIER TRANSIT METRO SYSTEM, INC., a Subsidiary of Niagara Frontier Transportation Authority, Appellant.—Order unanimously reversed on the law without costs, and defendant Niagara Frontier's motion granted. Memorandum: The court erred in denying the motion of defendant Niagara Frontier Transit Metro System, Inc. (NFT) for summary judgment dismissing the complaint. The record demonstrates that plaintiff was injured after alighting from a bus owned and operated by NFT when he walked in front of the stationary bus to cross the street and was struck by a truck owned and operated by the codefendants. A common carrier's duty to its passenger is discharged when it affords the passenger a safe place to alight *(Blye v Manhattan & Bronx Surface Tr. Operating Auth.,* 124 AD2d 106; *Ortola v Bouvier,* 110 AD2d 1077). Since it is undisputed that plaintiff safely alighted from the bus before attempting to cross the street, NFT cannot be held liable. (Appeal from order of Supreme Court, Erie County, Ricotta, J.—summary judgment.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ.

■ In the Matter of DAVID N. W.—Order unanimously affirmed without costs for reasons stated at Allegany County Family Court, Sprague, J. (Appeal from order of Allegany County Family Court, Sprague, J.—adoption.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ.